IN THE CIRCUIT COURT OF THE 13TH JUDICIAL
CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.

JOYCE TRICE,

    Plaintiff,

vs.

TARGET CORPORATION,

    Defendant.

_____/

## COMPLAINT

COMES NOW Plaintiff, Joyce Trice, and by and through undersigned counsel, sues Defendant, Target Corporation, and alleges as follows:

### General Allegations

1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00) exclusive of attorney's fees, interest and costs and therefore, within the jurisdiction of this Court.

2. That at all times material hereto Plaintiff, Joyce Trice, was and is a resident of Hillsborough County, Florida and is otherwise sui juris.

3. That at all times Defendant, Target Corporation, was and is a corporation doing business in Hillsborough County, Florida and throughout the State of Florida and is otherwise sui juris.

4. The accident, which is the subject matter of this lawsuit, arose in Plantation, Hillsborough County, Florida. Therefore, venue remains in Hillsborough County, Florida.

## **COUNT I - NEGLIGENCE AGAINST TARGET CORPORATION**

5. Plaintiff, Joyce Trice, adopts and realleges all of the allegations in paragraphs 1 through 4 as though fully set forth herein.

6. That on or about June 28, 2018, Defendant, Target Corporation, was in possession of, managed, maintained and/or controlled a property located at or near 15240 N Dale Mabry Hwy, Tampa, Hillsborough County, Florida.

7. That at said time and place, Plaintiff, Joyce Trice, was on said property as a customer, and therefore, was otherwise lawfully on the property.

8. That at said time and place, Plaintiff, Joyce Trice, was walking into the store, when she tripped and fell on broken and/or uneven pavement and/or ground.

9. That at all times material, Defendant owed Plaintiff the duty to use reasonable care.

10. Defendant breached its duties to Plaintiff in one or more of the following respects, including but not limited to:

    a. Failing to exercise reasonable care in maintaining the pavement and/or ground;

    b. Failing to adequately conduct inspections to ensure that a dangerous, hazardous and unsafe condition such as broken and/or uneven pavement and/or ground did not exist;

    c. Failing to warn Plaintiff that the pavement and/or ground was unreasonably dangerous;

    d. Failing to repair the pavement and/or ground and keep it in a safe condition;

    e. Failing to periodically and properly check the pavement and/or ground so as to ensure that it was not broken and/or uneven and/or dangerous;

11. Defendant had actual knowledge of the dangerous condition; or if Defendant lacked such actual knowledge, this dangerous condition existed for such a length of time that, in the exercise of ordinary care, Defendant, Target Corporation, should have known of the condition should have known of it; or in the alternative, the condition occurred with regularity and was therefore foreseeable.

12. That this condition was not readily apparent to someone who could get injured, such as Plaintiff.

13. At all times material, Defendant had exclusive custody and control of the area where Plaintiff was injured.

14. As a result of Defendant, Target Corporation's negligence, Plaintiff, Joyce Trice, was injured in and about her body and extremities, suffered pain therefrom, incurred medical expenses in the treatment of her injuries, suffered physical handicap, and her working ability was impaired; the injuries are either permanent or continuing in nature and Plaintiff will suffer the losses and impairment in the future.

WHEREFORE, Plaintiff, Joyce Trice, demands judgment for damages against Defendant, Target Corporation, in excess of the jurisdictional limits; compensatory damages; any and all taxable costs; and such other relief as this Court deems just and proper.

## DEMAND FOR TRIAL BY JURY

Pursuant to Florida Rules of Civil Procedure 1.430, Plaintiff demands a jury trial for all issues so triable.

Signed on March 23, 2020.

                **LAW OFFICES OF JASON TURCHIN**
                Attorney for Plaintiff
                2883 Executive Park Drive
                Suite 103
                Weston, Florida 33331
                Telephone:   (954) 515-5000
                Facsimile:    (954) 659-1380

By: /Sara Schafer, Esq./
     SARA SCHAFER, ESQUIRE
     Florida Bar No. 84455